UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CASE NO. 24CR2360-WQH** |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| ANGEL TORO CASILLAS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 18), and the motion hearing/trial setting in this matter now scheduled for January 6, 2025, is continued until Tuesday, February 18, 2025, at 9:00 a.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendant in a speedy trial.

Dated: January 2, 2025

Hon. William Q. Hayes
United States District Court